IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID LEONARD SWEENEY,**

    **Plaintiff,**

**v.**	**Case No. 3:11cv517/MCR/EMT**

**MITCH McCONNELL, et al.,**

    **Defendants.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 23, 2011. (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 23rd day of December, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**